**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
CRYSTAL JOY L.,

                      Plaintiff,                            24 **CIVIL** 7788 (GRJ)

       -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,,

                      Defendant.
---------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated January 14, 2026, Plaintiff's Motion for

Judgment on the Pleadings is DENIED and this case is DISMISSED; accordingly, this case is

closed.

**Dated:**  New York, New York

       January 15, 2026

                                   **TAMMI M. HELLWIG**

                                       **Clerk of Court**

                    **BY:**

                                   **Deputy Clerk**